UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>BOBBY ROY JUSTICE,<br>    Defendant. | CRIMINAL NO. 7:18-1-KKC<br><br><br>OPINION AND ORDER |

*********

The defendant has twice moved the Court to grant him compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), and the Court has denied both motions (DE 66, 78). He has now filed a motion for the Court to reconsider (DE 80) the most recent denial, and he also has filed two motions to supplement his motion for reconsideration (DE 81, 83).

The Court hereby ORDERS that both motions to supplement are GRANTED. The Court further hereby ORDERS, however, that the motion for reconsideration is DENIED to the extent that Justice asks the Court to reverse its prior denial of his motion for compassionate release.

In its second opinion denying Justice compassionate release, the Court noted government evidence that Justice had refused the COVID-19 vaccine. Specifically, the government cited page 226 of the BOP medical records. (DE 74, at 7.) In his motion to reconsider, Justice asserts that his signature was forged on this evidence. The document the government cited, however, did not contain Justice's signature. It simply contained a notation that he refused the vaccine on December 22, 2020. Justice alleges that a nurse forged his signature on the form declining the vaccine, which was the basis for the notation in the medical record cited by the government. Regardless, Justice concedes that he did not take the vaccine that was offered to

him on December 22, 2020 because he had concerns about how the vaccine would interact with other medications that he takes.

More importantly to the issue before the Court, there is no dispute that Justice has now received both doses of the vaccine. He received the first dose on June 23, 2021 and the second on July 14, 2021. This dramatically reduces the risk of severe illness or death from COVID-19.

Accordingly, for these reasons and those set forth in the Court's prior opinion denying Justice's second motion for compassionate release, the Court cannot find that Justice's release is warranted at this time.

Dated August 19, 2021

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY